# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF MISSISSIPPI

# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff**

    v.                                           **CIVIL ACTION NO. 4:10cv169-M-S**

**SHIRLEY JEFFRIES, JOHN DOE**
**ADMINISTRATOR OF THE ESTATE OF**
**WILLIAM PRESTON JEFFRIES, and**
**LANCE WILKINSON,**

    **Defendants.**

## ORDER ON
## UNOPPOSED MOTION OF THE UNITED STATES TO STAY CASE AND EXTEND PERIOD FOR EFFECTING SERVICE

IN CONSIDERATION of the Unopposed Motion of the United States to Stay Case and Extend Period for Effecting Service and for good cause shown therein, it is hereby

ORDERED that this case be stayed until April 30, 2012, to permit the parties to attempt to consummate a settlement agreement among them that presently is in place; and it is

FURTHER ORDERED that the period allowed the United States to effect service on the named defendant the John Doe Administrator of the Estate of William Preston Jeffries be and hereby is extended through April 30, 2012.

DONE and ORDERED this 16th day of December, 2011, in Greenville, Mississippi.

                                                              /s/ Jane M. Virden
                                                              United States Magistrate Judge